**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**PACIFIC COAST DISTRIBUTING INC.** *et al.*,<br><br>    **Defendants.** | **Case No.: 11-CV-06173 YGR**<br><br>**ORDER REGARDING PARTIES' LETTER BRIEF CONCERNING DISCOVERY DISPUTE** |

The Court has reviewed the parties' Discovery Letter Brief, Dkt. No. 43, and **ORDERS** counsel to meet and confer *in person* in accordance with Paragraph 8 of the Court's Standing Order in Civil Cases.

This Order Terminates Docket Number 43.

**IT IS SO ORDERED.**

Date:  July 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**