STUART C. CLARK (SBN 124152)
clark@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:     (650) 812-3400
Facsimile:      (650) 812-3444

Attorneys for plaintiff
LML HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LML HOLDINGS, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC COAST DISTRIBUTING, INC., a corporation, PETSMART, INC., a corporation, PETSMART STORE SUPPORT GROUP, INC., a corporation, and COASTAL PET PRODUCTS, INC., a corporation;<br><br>Defendants. | CASE NO. CV11-06173 YGR<br><br>**[PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE** |
| AND RELATED CROSS ACTION. | |

The Case Management Conference came on for hearing before Hon. Yvonne Gonzalez-Rogers on July 23, 2012.  Stuart C. Clark appeared for plaintiff and counter-defendant LML Holdings, Inc. ("LML"), and Colby B. Springer, Esq. appeared for defendants and counterclaimants Pacific Coast Distributing, Inc., Petsmart, Inc., Petsmart Store Support Group, Inc., and Coastal Pet Products, Inc. ("Defendants").

The following briefing schedule and Markman hearing date were established:

///

///

///

{00637149v1}

-1-

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions (Patent Local Rule 3-1) | Friday, August 3, 2012 |
| Invalidity Contentions (Patent Local Rule 3-3) | Friday, September 14, 2012 |
| Exchange of Proposed Terms for Construction (Patent Local Rule 4-1) | Friday, September 28, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent Local Rule 4-2) | Friday, October 19, 2012 |
| Joint Claim Construction and Prehearing Statement (Patent Local Rule 4-3) | Friday, November 9, 2012 |
| Completion of Claim Construction Discovery (Patent Local Rule 4-4) | Friday, November 9, 2012 |
| Opening Claim Construction Brief (Patent Local Rules 4-5(a)) | Friday, December 21, 2012 |
| Responsive Claim Construction Brief (Patent Local Rule 4-5(b)) | Friday, January 11, 2013 |
| Reply Claim Construction Brief (Patent Local Rule 4-5(c)) | Friday, January 18, 2013 |
| *Markman* Hearing (Patent Local Rule 4-6) | Friday, February 1, 2013, at 10:00 a.m. |

Defendants will produce, no later than August 9, 2012, the documents and things that they agreed to produce in the course of the meet and confer discussions relating to LML's first set of requests for production to defendants.

**IT IS SO ORDERED**.

Dated: August 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**