UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LML HOLDINGS, INC., | No. C 11-06173 YGR (DMR) |
| Plaintiff(s), | **ORDER RE SETTLEMENT PROCEEDINGS** |
| v. | |
| PACIFIC COAST DISTRIBUTING INC., | |
| Defendant(s). | |

The court has reviewed the settlement correspondence of October 30, 2012 and November 5, 2012. It appears that the parties are close to reaching an agreement in principle. The court notes that the joint claim construction and prehearing statement is due on November 9, 2012. To conserve the parties' resources, the court orders counsel to confer by phone immediately regarding the status of the settlement. By no later than November 7, 2012, the parties shall submit (but not file) a joint letter to Judge Ryu via email at dmrpo@cand.uscourts.gov indicating (1) whether the parties have indeed reached a settlement in principle on all terms; and (2) whether the parties would benefit from a further telephonic settlement conference with Judge Ryu.

IT IS SO ORDERED.

Dated: November 5, 2012

DONNA M. RYU
United States Magistrate Judge