UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LML HOLDINGS, INC., | No. C 11-06173 YGR (DMR) |
| Plaintiff(s), | **ORDER RE SETTLEMENT PROCEEDINGS** |
| v. | |
| PACIFIC COAST DISTRIBUTING INC. ET AL, | |
| Defendant(s). | |

The court has reviewed the parties' joint letter of November 7, 2012 regarding the status of settlement negotiations. The parties should direct their request for an extension to file their Joint Claim Construction and Prehearing Statement to Judge Gonzales Rogers. The parties are also ordered to submit (but not file) a joint letter to Judge Ryu via email at dmrpo@cand.uscourts.gov by no later than November 16, 2012 regarding the status of the negotiations. If the parties require Judge Ryu's assistance prior to November 16, 2012, they may make arrangements for a telephonic settlement conference through Ivy Garcia at 510-637-3639.

IT IS SO ORDERED.

Dated: November 7, 2012

DONNA M. RYU
United States Magistrate Judge