**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**PACIFIC COAST DISTRIBUTING INC.** *et al.***,**<br><br>　　　**Defendant(s).** | Case No.: 11-CV-06173 YGR<br><br>**ORDER RESCHEDULING CLAIM CONSTRUCTION HEARING DATE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the *Markman* Hearing set for March 13, 2013 is **VACATED**. The hearing will be rescheduled to a later date.

The parties shall advise the Court on which of the following dates they are available to reschedule the *Markman* Hearing: April 10, April 12, April 17, May 1. The parties may also provide the Court with additional dates in May 2013.

The parties' Stipulation With Proposed Order to Bring Equipment into Courtroom for the March 13, 2013 *Markman* Hearing (Dkt. No. 94) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: March 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**