**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,**<br><br>    Plaintiff(s),<br><br>    vs.<br><br>**PACIFIC COAST DISTRIBUTING INC.** *et al.*,<br><br>    Defendant(s). | **Case No.: 11-CV-06173 YGR**<br><br>**ORDER REQUIRING PERSONAL APPEARANCE OF COUNSEL TO DISCUSS ALL OUTSTANDING ISSUES BEFORE THE COURT** |

Lead counsel with the full authority to resolve all disputes for all parties are hereby **ORDERED** to personally appear at the Oakland Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5, on **April 5, 2013** at **10:30 a.m.** to discuss all outstanding issues before the Court.

**IT IS SO ORDERED.**

Dated: March 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**