**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,**<br>    Plaintiff(s),<br>vs.<br>**PACIFIC COAST DISTRIBUTING INC.** *et al.*,<br>    Defendant(s). | **Case No.: 11-CV-6173 YGR**<br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

A Case Management and Pre-Filing Conference was held in this action on April 5, 2013 at which the Court set the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE/STATUS RE DISCOVERY: | Monday, 4/22/13 at 3:00pm |
| REFERRED TO MAGISTRATE JUDGE RYU FOR A SETTLEMENT CONFERENCE TO BE COMPLETED BY: | 8/30/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 5/31/13 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 7/15/13<br>Rebuttal: 8/5/13 |
| EXPERT DISCOVERY CUTOFF: | 8/30/13 |
| BRIEFING FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT: | Motion due:     4/16/13;<br>Opposition due: 5/14/13<br>Reply due:     5/28/13<br>Hearing Date:    6/25/13 at 2:00pm |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, 9/20/13 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 9/27/13 |
| PRETRIAL CONFERENCE: | Friday, 10/11/13 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, 11/4/13 at 8:30 a.m. for 5 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, September 20, 2013 at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**