United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,** | **Case No.: 11-CV-06173 YGR** |
| **Plaintiff,** | **ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| **vs.** | |
| **PACIFIC COAST DISTRIBUTING INC.** *et al.*, | |
| **Defendant(s).** | |

Plaintiff's Administrative Motion to File Under Seal is **DENIED**. Defendants did not file a declaration to establish the grounds upon which any portion of any document marked as "Confidential-Counsel's Eyes Only" is sealable or should be redacted. Mere designation under a protective order is not sufficient. Plaintiff shall file the documents in the public record without redaction pursuant to Civil L.R. 79-5.

This Order Terminates Docket Number 118.

**IT IS SO ORDERED**.

Date: May 2, 2013

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**