**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,** | Case No.: 11-CV-06173 YGR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FILING AN UNTIMELY BRIEF AND FAILURE TO COMPLY WITH PAGE LIMITATION OF CIVIL LOCAL RULE 7-4(b)** |
| vs. | |
| **PACIFIC COAST DISTRIBUTING INC.** *et al.*, | |
| Defendant(s). | |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

Counsel for Plaintiff is hereby **ORDERED TO SHOW CAUSE** why counsel should not be sanctioned and the Reply brief stricken for being untimely filed and for failing to comply with Civil Local Rule 7-4(b) regarding page limitations.

The deadline for Plaintiff to file its Reply brief was May 28, 2013. (Dkt. No. 109.) Plaintiff filed its Reply brief on May 29, 2013. (Dkt. No. 135.) Civil Local Rule 7-4(b) provides that, unless the Court expressly orders otherwise, "the reply brief or memorandum may not exceed 15 pages of text." Plaintiff's Reply brief was in excess of 15 pages of text.

A hearing on this Order to Show Cause shall be held on **Friday, June 14, 2013**, on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. By no later than **2:00 p.m.** on **Monday, June 10, 2013**, Plaintiff's counsel must file a written response to this Order to Show Cause, if counsel contests it.

If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar. Otherwise, personal appearance is required and neither a special appearance nor telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists such that the imposition of monetary sanctions is appropriate and that Plaintiff's Reply brief should be stricken.

**IT IS SO ORDERED.**

Dated: June 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**