# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LML HOLDINGS, INC.,**<br><br>Plaintiff(s),<br><br>vs.<br><br>**PACIFIC COAST DISTRIBUTING INC.** *et al.***,**<br><br>Defendant(s). | Case No.: 11-CV-06173 YGR<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

Having reviewed and considered the written response to the Order to Show Cause, the Court will sanction Plaintiff's counsel $150.00 for their unapologetic disregard of the Orders and Rules of this Court.

The Friday, June 14, 2013 hearing on the Order to Show Cause is **CONTINUED** to **Friday, June 21, 2013**, at **9:01 a.m.** to allow Plaintiff's counsel the opportunity to contest imposition of sanctions. If counsel does not intend to contest the sanctions, then Plaintiff's counsel should contact the Courtroom Deputy, Frances Stone, at 510-637-3540, who will take the hearing off calendar. Otherwise, personal appearance of Plaintiff's counsel will be required.

**IT IS SO ORDERED.**

Date: June 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**