**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LML HOLDINGS, INC.,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**PACIFIC COAST DISTRIBUTING INC.** *et al.***,**<br><br>    **Defendant(s).** | **Case No.: 11-CV-06173 YGR**<br><br>**ORDER VACATING HEARING** |

The June 25, 2013 hearing on Plaintiff's Motion for Summary Judgment is **VACATED**. A hearing date will be set by separate order.

**IT IS SO ORDERED**.

**Date: June 21, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**