# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LML HOLDINGS, INC.**, <br><br>            Plaintiff(s), <br><br>     vs. <br><br> **PACIFIC COAST DISTRIBUTING INC.** *et al.*, <br><br>            Defendant(s). | Case No.: 11-CV-06173 YGR <br><br> **ORDER OF SANCTIONS FOLLOWING SHOW CAUSE HEARING** |

For the reasons stated at the June 21, 2013 hearing on the Order to Show Cause:

The Code of Professional Conduct attached hereto as Exhibit A shall apply to all lawyers who have entered or will enter an appearance in this action, or are otherwise involved or become involved this action.

Counsel for Plaintiff is **SANCTIONED** $150.00 to be paid to the court within 15 business days.

Pages 16 and 17 of Plaintiff's Reply brief (Dkt. No. 135 at 19 & 20) are **STRICKEN**. The Clerk shall **STRIKE** from the record two pages from Docket Number 135: the pages with ECF header "Page 19 of 20" and "Page 20 of 21." (Dkt. No. 135 at 19 & 20)

Defendants' Motion to Strike (Dkt. No. 137) is **GRANTED IN PART** and **DENIED IN PART**.

The July 9, 2013 hearing on Defendants' Motion to Strike is **VACATED**.

The Motion to Shorten Time for the Hearing on Defendants' Motion to Strike (Dkt. No. 138) is **DENIED AS MOOT**.

This terminates Dkt. Nos. 137 & 138.

**IT IS SO ORDERED.**

Date: June 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**