Julie S. Turner (SBN 191146)
Jennifer Seraphine (SBN 245463)
**TURNER BOYD LLP**
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Phone: (650) 521-5930
Fax:  (650) 521-5931
Email: turner@turnerboyd.com
         seraphine@turnerboyd.com

*Attorneys for*
*LML Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LML HOLDINGS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>PACIFIC COAST DISTRIBUTING, INC. *et al.*,<br><br>          Defendants. | Case No. 11-CV-06173-YGR<br><br>**ORDER RE PERMISSION TO BRING DEMONSTRATIVES TO SETTLEMENT CONFERENCE** |

On August 12, 2013, the parties and their representatives are scheduled to participate in a settlement conference with Magistrate Judge Donna Ryu.  Plaintiff intends to bring up to 10 dog harnesses and a large "plush" stuffed dog as demonstratives to aid Judge Ryu in facilitating the settlement conference.

It is hereby ordered that Plaintiff be permitted to enter the Court with up to 10 dog harnesses and a large "plush" stuffed dog for use at the August 12th settlement conference.

**IT IS SO ORDERED.**

Dated:  August 9, 2013

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE

ORDER RE PERMISSION TO BRING
DEMONSTRATIVES TO SETTLEMENT
CONFERENCE

CASE NO. 11-CV-06173-YGR